IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01453-WYD-MJW

STEVEN M. BEALE,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the Stipulation for Dismissal with Prejudice executed by Plaintiff, Steven M. Beale, and by Defendant, American Family Mutual Insurance Company, and filed on May 19, 2014.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal with Prejudice (ECF No. 30) is **APPROVED**.  All claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Steven M. Beale, against Defendant, American Family Mutual Insurance Company, are hereby **DISMISSED WITH PREJUDICE**, each party to pay their own costs and fees.

Dated:  May 19, 2014.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE